Present — Jenks, P. J., Thomas, Rich and Putnam, JJ.; Carr, J., not voting.

William F. Ahrens, Plaintiff, v. The Philip Schmitt Building Company and Others, Defendants. Parshelsky Bros., Inc., Appellant; John G. Goldfuss, Respondent.— Final order affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Mills and Rich, JJ., concurred.

William Boyle, Respondent, v. Town of Eastchester, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ.

Bridgett T. Cunningham and Rodger Cunningham, Respondents, v. William G. Mulligan and Agnes K. Murphy Mulligan, Appellants.— Order reversed, with ten dollars costs and disbursements, and warrant of arrest vacated. Taking the deed of premises 1980 Madison avenue, as shown by plaintiff's formal receipt, with the other documents, including the later agreement of July 27, 1914, and the accompanying assignment of the $10,000 mortgage on 461 East Tremont avenue, left no case for charging defendants with embezzlement and misapplication of funds, which was the basis for this order of arrest. Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ., concurred.

Josiah F. Daggett, Appellant, v. Interborough Rapid Transit Company, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

Arthur T. Goodenough, Respondent, v. New York, Westchester and Boston Railway Company and The City and County Contract Company, Appellants.— Judgment affirmed, with costs. If the damages were proven by expert evidence condemned in *Roberts* v. *N. Y. Elevated R. R. Co.* (128 N. Y. 455), they were also proven by the testimony authorized by that decision, and the same result reached. The error, if any, may be disregarded, as the criticised testimony in its result coincides with the authorized testimony. It would be a vain thing to send the case to a retrial, or for this court to reverse.the judgment, and thereupon make the same finding rejecting the inadmissible and using the competent evidence. Jenks, P. J., Thomas, Carr and Rich, JJ., concurred; Mills, J., dissented upon the sole ground that the construction and operation of a railroad for public use are not within the prohibition of the restrictions.

Carmine Greco, Appellant, v. Long Island Railroad Company, Respondent.— Judgment unanimously affirmed, with costs, on authority of *Greco* v. *Long Island Railroad Co.* (159 App. Div. 298). Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ.

Julia H. Hall, Appellant, v. House of St. Giles the Cripple, Respondent. — Judgment affirmed, with costs, upon the opinion of Mr. Justice Kelby at Special Term. (Reported in 91 Misc. Rep. 122.) Jenks, P. J., Thomas, Carr and Stapleton, JJ., concurred; Mills, J., concurred upon the ground last stated in said opinion.

Holub-Dusha Company, Respondent, v. Leopold F. Drda, Appellant.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Mills and Rich, JJ., concurred.